UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH WAYNE WEBB,

        Petitioner,

   v.

ALICE PAYNE,

        Respondent.

Case No.  C05-5088RJB

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

      This matter is before the Court on petitioner's filing of a motion for extension of time to file his reply to respondent's response to his petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Dkt. #17).

      Petitioner requests that he be granted until August 26, 2005, to file his reply, stating that he has limited access to legal resource materials and that he has not received all of the exhibits attached to respondent's response.  Respondent does not object to petitioner's request. (Dkt. #18).

      The undersigned finds petitioner's request to be reasonable.  Accordingly, petitioner's motion for extension of time (Dkt. #17) is hereby GRANTED.  Petitioner shall file his reply to respondent's response by **no later than August 26, 2005**.  The clerk also shall re-note petitioner's petition for consideration on September 2, 2005.  In addition, counsel for respondent has indicated she re-sent the missing exhibits to petitioner.  Accordingly, there appears no need for the court to do so.

ORDER
Page - 1

The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

DATED this 15th day of July, 2005.

                                             /s/ Karen L. Strombom
                                             Karen L. Strombom
                                             United States Magistrate Judge

ORDER
Page - 2