UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH WAYNE WEBB,

        Petitioner,

   v.

ALICE PAYNE,

        Respondent.

Case No. C05-5088RJB

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE

    This matter is before the court on petitioner's filing of a motion for extension of time to file his response to the court's order to show cause regarding his petition for writ of *habeas corpus*, which the court found contained both exhausted and unexhausted claims. (Dkt. #22 amd #23).

    Petitioner requests that he be granted a sixty-day extension of time to file his response, stating that he has limited access to legal resource materials. Respondent has not filed any objection to petitioner's request. The undersigned thus finds petitioner's request to be reasonable.

    Accordingly, petitioner's motion for extension of time to file a response to the court's order to show cause (Dkt. #23) is hereby GRANTED. Petitioner shall file his response to the court's order to show cause by **no later than February 4, 2006**.

ORDER
Page - 1

1     The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

2     DATED this 5th day of December, 2005.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER
Page - 2