UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH WAYNE WEBB,<br><br>             Petitioner,<br><br>   v.<br><br>ALICE PAYNE,<br><br>             Respondent. | Case No. C05-5088RJB-KLS<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge,, petitioner's objections (Dkt. 40), and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal *habeas corpus* petition is DENIED.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent[s] and to Judge Strombom.

DATED this 8th day of December, 2006.

                                                      Robert J. Bryan
                                                      United States District Judge